IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 NOV -7 PM 4:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

IN RE:

MISCELLANEOUS ITEMS REMAINING IN
THE REGISTRY OF THE COURT FOR
FIVE YEARS UNCLAIMED.

01 CR 223-H

<u>ORDER</u>

AND NOW, This 30th day of August, 2006, on reading and filing the certificate of the Clerk of this Court and the schedule thereto annexed; and in pursuance of Title 28, U.S.C., Section 2042, it is,

ORDERED that the Clerk transfer from the registry of the Court the sum of TWENTY FOUR HUNDRED DOLLARS, being the total amount shown in the annexed schedule of miscellaneous items remaining in the registry unclaimed by the persons entitled thereto, and pay the same to the Treasurer of the United States.

BY THE COURT:

_____
Hon. Marilyn L. Huff
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

MISCELLANEOUS ITEMS REMAINING IN
THE REGISTRY OF THE COURT FOR
FIVE YEARS UNCLAIMED.

## CERTIFICATE

I, W. SAMUEL HAMRICK, JR., Clerk of the United States District Court for the Southern District of California, DO HEREBY CERTIFY that the attached schedule contains a complete statement of all monies in the registry of the court to which the right to withdraw has been adjudicated or is not in dispute; and that such monies have remained deposited for at least five years unclaimed by the person entitled thereto.

7/31/2006
Date

W. Samuel Hamrick, Jr.
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SCHEDULE OF MISCELLANEOUS ITEMS

MATERIAL WITNESS BONDS OVER FIVE YEARS OLD. SEE ATTACHED DOCUMENTS.

| CASE NO. | CASE TITLE | AMOUNT |
|---|---|---|
| 00CR0794-H | USA VS MARIA DEL REFUGIO ACEVEDO-BUENO<br>MW: JUAN ARREGUIN-FLORES | $100 |
| 00CR1276-H | USA VS MANUEL JAQUEZ, JR<br>MW: JOSE AVILA-CORTEZ | $100 |
| 00CR0258-H | USA VS VICTOR M. AGUILERA<br>MW: MARIA MAGDALENA BARAJAS-RAMIREZ | $100 |
| 00CR3448-H | USA VS RAMON TORRES-VILLAREAL<br>MW: ALEJANDRA CORTEZ-CARRILLO | $100 |
| 00CR3769-H | USA VS WILLIAM RICHTER<br>MW: MAGDALENA ESTRADA-SANTOS | $100 |
| 99CR3104-H | USA VS PEDRO CUEVAS-PEREDA<br>MW: ENRIQUE GANGA-DE LA TANGA | $100 |
| 00CR2224-H | USA VS JOSE CUEVAS-TORRES<br>MW: FREDDIE GUTIERREZ-HERNANDEZ | $100 |
| 00CR3091-H | USA VS FELIX RAMIREZ-AGUILAR<br>MW: GUILLERMO GUTIERREZ-HERNANDEZ | $100 |
| 99CR3104-H | USA VS PEDRO CUEVAS PEREDA<br>MW: CARLOS HERNANDEZ-RAMIREZ | $100 |
| 01CR0223-H | USA VS WILLIAM PATTERSON III<br>MW: JOEL JARA-GAETO | $100 |
| 00CR0617-H | USA VS CARLOS CERVANTES-FERNANDEZ<br>MW: OSVALDO LIRA-ROJAS | $100 |

| Case | Caption | Amount |
|---|---|---|
| 99CR2142-H | USA VS GILBERTO BRINGA-YANEZ<br>MW: ANGEL MAIREN-GARCIA | $100 |
| 01CR0222-H | USA VS JOANN STEPHANIE OROZCO<br>MW: NORMA MARTINEZ-ROSARIO | $100 |
| 00CR2759-H | USA VS JULIAN GOMEZ-ESCAMILLA<br>MW: MARISOL MENDOZA-ALVAREZ | $100 |
| 00CR2544-H | USA VS LUIS COVARRUBIAS-CORTEZ<br>MW: ALICIA QUIROZ-SALDANA | $100 |
| 00CR3091-H | USA VS FELIX RAMIREZ-AGUILAR<br>MW: JOSE JUAN RAMOS-BELTRAN | $100 |
| 00CR0968-H | USA VS KELLY JEAN CRAIG<br>MW: JUAN LUIS RODRIGUEZ-ARRIAGA | $100 |
| 00CR0183-H | USA VS CHRISTOPHER ALBERT TORRES<br>MW: MIGUEL RUIZ-SANTIAGO | $100 |
| 00CR2608-H | USA VS RONALD PAYTON MUZINGO<br>MW: ALFONSO SANCHEZ-FERNANDEZ | $100 |
| 00CR0179-H | USA VS RAFAEL LEON-SAVALA<br>MW: MARIA SOLANO-GUTIERREZ | $100 |
| 00CR0179-H | USA VS RAFAEL LEON-SAVALA<br>MW: FABIOLA SUASTES-ROJAS | $100 |
| 99CR2142-H | USA VS GILBERTO BRINGA-YANEZ<br>MW: MARIA VICTORIA VARGAS-MAIREN | $100 |
| 01CR0211-H | USA VS WILLIAM NELSON DAVIS<br>MW: RODOLFO VEGA | $100 |
| 00CR3769-H | USA VS WILLIAM RICHTER<br>MW: LEONARDO VEGA-SANTOS | $100 |
| | **TOTAL** | **$2,400.00** |